# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1047.  ERIC ULYSSES JACKSON v. THE STATE.**

In July 2011, Eric Ulysses Jackson pleaded guilty to family violence aggravated assault and family violence battery. He was sentenced to seven years, to be served on probation. In 2017, the trial court entered an order modifying his sentence in certain respects. Jackson filed an application for discretionary appeal to this Court, which we denied. See Case No. A18D0187 (decided Jan. 25, 2018).[1] Jackson also filed a notice of appeal from the modification order, giving rise to this direct appeal.

Our denial of Jackson's discretionary application was a decision on the merits, and the doctrine of res judicata bars any subsequent appeals from the same order.  See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007); *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003). Accordingly, we

---

[1] We initially dismissed Jackson's application because it was not timely from the trial court order that he submitted. We subsequently permitted Jackson to supplement his application with the modification order. Because the application was timely from the modification order, we reinstated it, but we denied it on the merits.

lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __01/17/2020__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*